Roberto Barrientos
Bo No 14035462 NT/1E U54
Dallas Co Jail

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

APR 23 20..

Criminal Court of appeals
P.O. Box 12308 Capitol Station
Austin TX. 78711

**Abel Acosta, Clerk**

Attention, MR. ABEL ACOSTA & CONGRESS.

Re. I'M being hurt psychologicaly and I'm physi-
caly injured I need to go to some for help.

Greetings;

The DA's office and the sheriff and the Sta-
te are trying to MAKE ME A CASE. Quhat care?
A hospital care I think. or some one with
mental illness in 2002 it appears I was kept loc-
ked up with out going to court for 16 months
apparently the reason That I had been Labeled
incomp. to stand trial by the prosec.
The truth of the matter, war false charges, they
wanted me locked up. I lost E/th. my fam. left.
A woman who works with the G. filed false charge
of exposure. I ven't done it. I appeal the appeal
stay here in Dallas I was hopefull.
to my surprise a namely justice Ret. said that,
I had tried TO KIDNAPP THE GIRLS. AND AFFIRMED it conu
On 8-3-08 I was released I was never instruc-
ted to register. cleverly THEY DIDN'T SEND me to
PRISON. I haven't loose hope that the women who
filed that. I'll clarify it. I wanted to hire counsel
but the flw. crash the war nowork and,
I was hurt. So I was trying to get health ins.

A police off. the head of sex off. wanted me to
regist. I was victimiced once again by CPD
by I.E. in a plot cont. from the old conv.
I contact sex-offenders also the huntsville
once I wrote gov. Perry I now He works pardon
I'm being now harassing me with 3 yea
The state could it had instructed me →
to Regi. I don't kr. Well I know they known I dor
do that But I'm sick

# Parkland Health & Hospital System
## Dallas County Jail Health
### Dallas, Texas

## SICK CALL REQUEST
### (KITE)

| | |
|---|---|
| Patient Name: | |
| Book-in Number: | |
| Date of Birth: | |
| Race: | Sex: Age: |
| Jail Tower: | Floor: Tank: |
| Date: | Time: |

State your problem: (Please write legibly)

*(All health care requests are subject to the $10.00 Health Care Service Fee)*

Please at least let me know something. I'm not joking I am hurt need some help.

the people need help they are state of confusion, they done it to themselves. Some times they claim them people are ill ment. they latter they said they are not mentally ill. you all really know that and police even docs do some times lie.

they want to confuse and demoralize and hurt me by their un lawfull in eneration. please see if you refer to approp. persons. thank Robt

---

Please Do Not Write Below This Line or On the Back of This Form

Received Date /Time:

**Emergent**
- [ ] Dental
- [ ] Medical
- [ ] Mental Health

**Urgent**
- [ ] Medication
- [ ] OB-GYN

**Routine**
- [ ] Other

Triaged by: Signature/Title/Credentials of Healthcare Professional

Printed Name of Healthcare Professional

ID Number

Date/Time

- [ ] Scanned
- [ ] Nurse Guideline done
- [ ] Nurse Note done
- [ ] MHL Note done
- [ ] Released to Healthcare Professional
- [ ] Other

Signature/Title/Credentials of Healthcare Professional

Printed Name of Healthcare Professional

ID Number

Date/Time

03/2013